ACCEPTED
06-14-00110-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/28/2015 10:31:03 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00110-CR

| | | | |
|---|---|---|---|
| **CODY LANG THOMAS** | § | **IN THE** | FILED IN |
| | § | | 6th COURT OF APPEALS |
| | § | | TEXARKANA, TEXAS |
| **v** | § | **6th COURT** | |
| | § | | 5/28/2015 10:31:03 AM |
| | § | | DEBBIE AUTREY |
| **STATE OF TEXAS** | § | **OF APPEALS** | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2. The case below was styled the STATE OF TEXAS vs. CODY LANG THOMAS and numbered as 1423904.

3. The Appellant was convicted and sentenced by the judge to 20 years in the penitentiary after pleading guilty and going "open" to the court for punishment.

4. The Appellee's brief was due on May 27, 2015. Appellee requests an extension time of approximately thirty (30) days from the present date, i.e. June 27, 2015.

6. No previous extensions to file the brief have been received by Appellee in this cause.

7. Appellee requests a thirty (30) day extension due to the following:

i. Appellee's attorney is currently preparing for a murder trial beginning on June 8, 2015 in the 8th Judicial District Court entitled *State of Texas v. Roy Dean Duffey*, which is a retrial of a murder occurring in 2011. The previous conviction was reversed and remanded by this Court.

ii. Appellee's attorney has been preparing and did, in fact, try *Motions to Proceed* and *Motions to Revoke* on six cases entitled *State of Texas v. Tony Dewayne Thomas*, which was specially set the date this brief was due. (May 27, 2015)

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By:     //s// Will Ramsay
       Will Ramsay
       8th Judicial District Attorney
       State Bar No. 24039129
       P.O. Box 882
       110 Main Street
       Sulphur Springs, TX 75482
       Ph: (903) 885-0640
       Fax: (903) 885-0641
       wramsay@hopkinscountytx.org
       Attorney for Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was delivered via email to Martin Braddy, Attorney for Appellant, on May 28, 2015.

    //s//Will Ramsay
    WILL RAMSAY—Attorney for the Appellee